# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NEW YORK STATE TEAMSTERS**
**CONFERENCE PENSION AND**
**RETIREMENT FUND, et al.,**

        **Plaintiffs,**

  vs.                        **CASE NUMBER: 5:05-CV-1395 (NAM/GJD)**

**LINDEN MOTOR FREIGHT CO., INC.**

        **Defendants.**

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Report-Recommendation is hereby approved; and it is further

    ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs and against Defendant Linden Motor Freight Co., Inc. as follows:

- A. 54 outstanding withdrawal liability interim payments through December 19, 2008, each in the amount of $98,363.41 pursuant to 29 U.S.C. §§ 1399(c)(2) & (5) totaling $5,311,624.14; plus
- B. 11% annual interest on each outstanding interim payment through December 19, 2008, pursuant to 29 U.S.C. §§1132 (g)(2)(B) & (E) totaling $1,338,971.85; plus
- C. Additional interest ("double interest" calculation) pursuant to 29 U.S.C. §§1132(g)(2)(C)(i) totaling $1,338,971.85 for a total judgment of $7,989,567.70; and it is further

    ORDERED AND ADJUDGED that the plaintiffs' motion for a permanent injunction is granted and defendant is directed to remit all future payments from December 19, 2008, in the amount of $ 98,363.41 per month, with a final payment on December 19, 2010 of $76,354.19, pursuant to 29 U.S.C. §§ 1399(c)(2) and (5).

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated

the 19th day of December, 2008.

DATED: December 19, 2008

Clerk of Court

/s
L. Welch
Deputy Clerk