# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT FOR ATTORNEY FEES

**NEW YORK STATE TEAMSTERS CONFERENCE**
**PENSION AND RETIREMENT FUND, by its Trustees**
**John Bulgaro, Gary Staring, Ronald G. Lucas,**
**Daniel W. Schmidt, James M. Tucker, Thomas K. Wotring,**
**J. Dawson Cunningham and Michael S. Scalzo, Sr.,**

          **Plaintiffs,**

                                  CASE NUMBER:
                                  5:05cv1395
     **-vs-**                              (NAM/GJD)

**Linden  Motor  Freight Co.,  Inc.,**

          **Defendant**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the plaintiffs are awarded attorneys' fees and costs in the sum of $22,916.00.

    All of the above pursuant to the order of the Chief United States District Court  Judge Norman A. Mordue, dated the 20st day of July, 2009.

DATED: July 21, 2009

Clerk of Court

                                                  s/

Marie N. Marra
Deputy Clerk